SOL HOFFMAN, Respondent, *v.* THE FROMA REALTY COMPANY, Defendant, and TITLE GUARANTEE AND TRUST COMPANY, Appellant, Impleaded with Others.

*Hoffman* v. *Froma Realty Co.*, 153 App. Div. 770, affirmed.
(Submitted April 3, 1914; decided April 21, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 27, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage upon real property.

*Harold Swain* and *Hamilton C. Rickaby* for appellant.

*Lewis L. Delafield* and *Samuel Fleischman* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, COLLIN, CUDDEBACK, HOGAN and HORNBLOWER, JJ. Not sitting: CARDOZO, J.